UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. BANK TRUST, N.A.,** as Trustee for LSF9 Master Participation Trust,  )<br>)<br>)<br>    **Plaintiff,**  )<br>)<br>         v.  )<br>)<br>**KAREN J. AKEY,**  )<br>)<br>    **Defendant.**  ) | 2:16-cv-00414-JDL |

### ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 22) with the court on December 26, 2016, pursuant to 28 U.S.C. §636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired on January 10, 2017, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The Plaintiff's motion for default judgment (ECF No. 13) is **GRANTED**.  The Plaintiff is **ORDERED** to show cause no later than February 8, 2017, why Counts II, III, IV, and V of its Complaint (ECF No. 1) should not be **DISMISSED** as **MOOT.**  A Judgment shall issue thereafter.  I further **DIRECT** that U.S. Bank is responsible for recording an attested copy of the Judgment and for paying the appropriate recording fees.

SO ORDERED.

Dated this 1st day of February 2017.

                                                       /s/Jon D. Levy  
                                         **U.S. DISTRICT JUDGE**