UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. BANK TRUST, N.A.,** as Trustee for LSF9 Master Participation Trust, </br></br>     **Plaintiff,** </br></br>          v. </br></br> **KAREN J. AKEY,** </br></br>     **Defendant.** | ) </br> ) </br> ) </br> ) </br> ) </br> )    2:16-cv-00414-JDL </br> ) </br> ) </br> ) </br> ) |

**JUDGMENT OF FORECLOSURE AND SALE**

In accordance with the Order Adopting the Recommended Decision of the Magistrate Judge, issued on February 1, 2017 by U.S. District Judge Jon D. Levy, the Plaintiff's Motion for Default Judgment is **GRANTED**.  **JUDGMENT** of Foreclosure and Sale is hereby **ENTERED** as follows:

**1.** If the Defendant or her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($269,643.21) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

**2.** If the Defendant or her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($269,643.21) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the Standish Property shall terminate, and

U.S. Bank shall conduct a public sale of the Standish Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $269,643.21 after deducting the expenses of the sale, with any surplus to the Defendant, or her heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank has waived the right to seek any deficiency judgment against the Defendant personally.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that final judgment has been entered following appeal.

4. The amount due and owing is $269,643.21.

5. U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust, has first priority and that there are no parties in interest other than the Defendant, who has second priority.

6. No public utility easements survive the foreclosure.

7. The prejudgment interest rate is 3.65%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.65%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

    a. The Plaintiff is:        Plaintiff's counsel is:

        U.S. Bank Trust, N.A.,      John A. Doonan
        as Trustee for the LSF9     Doonan, Graves & Longoria LLC
        Master Participation Trust    100 Cummings Center
                                             Beverly, Massachusetts 01915

The Defendant, who is not represented by counsel, is:

Karen J. Akey
10 South Ridge Drive
Standish, Maine 04084

**b.** The docket number of this case is No. 2:16-cv-00414-JDL.

**c.** The Defendant, the only party to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Maine Rules of Civil Procedure.

**d.** A description of the real estate involved, 10 South Ridge Drive, Standish, Maine 04084, is set forth in Exhibit A to the Complaint herein.

**e.** The street address of the real estate involved is 10 South Ridge Drive, Standish ME, 04084. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 26280, Page 320.

**SO ORDERED.**

**Dated this 9th day of February 2017**.

                                                        /s/Jon D. Levy
                                        **U.S. DISTRICT JUDGE**